April 20, 1970

No. ——. Kirk, Governor of Florida, et al. *v.* United States et al. C. A. 5th Cir. Motion to transfer denied. *Millard F. Caldwell, James G. Mahorner, Gerald Mager,* and *Julius F. Parker, Jr.,* on the motion. *Solicitor General Griswold* for the United States, and *Jack Greenberg, James M. Nabrit III,* and *Earl M. Johnson* for Harvest et al. in opposition.

No. ——. De Carlo et al. *v.* United States. C. A. 3d Cir. Application for bail presented to Mr. Justice Douglas, and by him referred to the Court, denied. *Michael P. Direnzo* for De Carlo, and *Michael A. Querques* for Cecere, applicants. *Solicitor General Griswold* in opposition.

No. 642. Wilson, Warden *v.* Atchley. C. A. 9th Cir. [Certiorari granted, *ante,* p. 905.] Motion of respondent for appointment of counsel granted. It is ordered that *Charles A. Legge, Esquire,* of San Francisco, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 830. Chambers *v.* Maroney, Correctional Superintendent. C. A. 3d Cir. [Certiorari granted, 396 U. S. 900.] Motion of *Carol Mary Los* for leave to argue *pro hac vice* on behalf of respondent granted.

No. 1810, Misc. Rodriguez *v.* Lash, Warden. Motion for leave to file petition for writ of habeas corpus denied. *William C. Erbecker* on the motion.